[L. A. No. 2578. In Bank.—October 17, 1911.]

WESTERN UNION OIL COMPANY (a Corporation), Appellant, v. COUNTY OF LOS ANGELES, Respondent.

TAXATION—ASSESSMENT OF CORPORATE FRANCHISE.—*City of Los Angeles* v. *Western Union Oil Company, ante,* p. 204, approved and followed.

APPEAL from a judgment of the Superior Court of Los Angeles County. W. P. James, Judge.

The facts are similar to those stated in the opinion in the case of *City of Los Angeles* v. *Western Union Oil Company, ante,* p. 204.

Gibson, Trask, Dunn & Crutcher, Ward Chapman, and Edward E. Bacon, for Appellant.

J. D. Fredericks, District Attorney, and Hartley Shaw, Chief Deputy, for Respondent.

THE COURT.—This action was instituted by the plaintiff to have an assessment of its franchise for the fiscal year 1907-8 declared illegal and void. The case presents precisely the questions considered and decided in *City of Los Angeles* v. *Western Union Oil Co.,* (L. A. No. 2584), *ante,* p. 204, [118 Pac. 720], and for the reasons therein given the judgment appealed from is affirmed.

Rehearing denied.